| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Hudson Marketing Services, Inc.** |
|---|---|
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081086Q | $1,500.00 | 11/21/2019 | HR11142019 | 11/14/2019 | $1,500.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080793 | $1,500.00 | 10/31/2019 | HR10152019 | 10/15/2019 | $1,500.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080350 | $4,500.00 | 9/26/2019 | HR09162019 | 9/16/2019 | $1,500.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080350 | $4,500.00 | 9/26/2019 | HR08152019 | 8/15/2019 | $1,500.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080350 | $4,500.00 | 9/26/2019 | HR07152019 | 7/15/2019 | $1,500.00 |

**Totals:** **3 transfer(s),** **$7,500.00**

Hudson Marketing Services, Inc. (2266335)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1